# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: April 22, 2013 |
| Court Reporter: Janet Coppock | Time: 18 minutes |
| Probation Officer: Michelle Means | Interpreter: n/a |

**CASE NO. 12-CR-00243-PAB-11**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Zachary Phillips |
| Plaintiff, | |
| vs. | |
| **11. SONIA PEREZ,** | Kenneth Padilla |
| Defendant. | |

## SENTENCING

**1:35 p.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and on bond.

**ORDERED:** The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Comments by Mr. Phillips in support of the **Government's Motion for Downward Departure Pursuant to U.S.S.G. § 5K1.1 [Docket No. 414].**

Page Two
12-CR-00243-PAB-11
April 22, 2013

Comments by Mr. Padilla.

Court states its findings and conclusions.

**ORDERED:**  Government's Motion for Downward Departure Pursuant to U.S.S.G. § 5K1.1 [Docket No. 414] is **GRANTED.**

Mr. Padilla addresses sentencing.

Mr. Phillips addresses sentencing.

Defendant addresses the Court.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Defendant entered her plea on **February 7, 2013** to count **One of the Information.**

**ORDERED:**  Defendant's plea of guilty is **ACCEPTED.**

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:**  Defendant shall be placed on probation for a period of **2** years.

**ORDERED:  Conditions** of Probation are that:
- (**X**)  Defendant shall not commit another federal, state or local crime.
- (**X**)  Defendant shall not illegally possess controlled substances.
- (**X**)  Defendant shall not possess a firearm or destructive device.
- (**X**)  Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
- (**X**)  Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of sentencing and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**)  Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.
- ()  Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because defendant has not shown any evidence of drug use.

**ORDERED:**  Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:  No fine** is imposed because defendant has no ability to pay a fine.

Page Three
12-CR-00243-PAB-11
April 22, 2013

**ORDERED:** Government's Motion to Dismiss Counts 2, 75, 76, 90, and 91 [Docket No. 415] is **GRANTED.**

**ORDERED:** Defendant advised of right to appeal. Any notice of appeal must be filed within 10 days.

**ORDERED:** A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED:** Bond will be exonerated upon entry of judgment.

**1:53 p.m.     COURT IN RECESS**

**Total in court time:   18 minutes**

**Hearing concluded**