IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Philip A. Brimmer

Criminal Case No. 12-cr-00243-PAB-11

UNITED STATES OF AMERICA,

    Plaintiff,

v.

11.  SONIA PEREZ,

    Defendant.

## ORDER

This matter is before the Court on the United States' Motion to Dismiss Counts 2, 75, 76, 90 and 91 [Docket No. 415]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the Motion to Dismiss Counts 2, 75, 76, 90 and 91 [Docket No. 415] is granted. Counts 2, 75, 76, 90, and 91 of the Indictment are dismissed as to defendant Sonia Perez only.

DATED April 22, 2013.

BY THE COURT:

_____
PHILIP A. BRIMMER
United States District Judge