IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

United States of America vs. SONIA PEREZ          Criminal Action No. 12-cr-00243-PAB-11

**Petition for Early Termination of Probation**

COMES NOW, MariJo Paul, probation officer of the Court, presenting an official report upon the conduct and attitude of Sonia Perez who was placed on probation by the Honorable Philip A. Brimmer, sitting in the Court at Denver, Colorado, on the 22nd day of April, 2013, who fixed the period of probation at two (2) years, and imposed the general terms and conditions theretofore adopted by the Court.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant has complied with the rules and regulations of probation and is no longer in need of probation supervision.

PRAYING THAT THE COURT WILL ORDER:  (1) that the probation officer be authorized to serve this petition on the United States; (2) that the United States respond in writing within fifteen days of the date of service, indicating whether it has any objection to the termination of; and (3) that, if the United States does not file a timely objection, the defendant be discharged from and the proceedings in the case be terminated.

Respectfully,

*s/MariJo Paul*
MariJo Paul
U.S. Probation Officer
Place: Denver, Colorado
Date: May 27, 2014

**ORDER OF THE COURT**

After careful consideration of the probation officer's petition, it is

ORDERED that the probation officer serve this petition and order on the United States.  It is further ordered that the United States respond in writing within fifteen days of the date of service, indicating whether it has any objection to the termination of probation.  It is further ordered that this petition and order be filed and made a part of the record in the above case.

DATED at Denver, Colorado, this 27th day of May, 2014.

s/Philip A. Brimmer
Philip A. Brimmer
United States Judge