IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 12-cr-00243-PAB-11

UNITED STATES OF AMERICA,

       Plaintiff,

v.

11. SONIA PEREZ,

       Defendant.

---

**ORDER TERMINATING PROBATION
PRIOR TO ORIGINAL EXPIRATION DATE**

---

       On May 27, 2014, the probation officer submitted a petition for early termination of probation in this case.  On May 27, 2014, the Court ordered that the probation officer serve the petition on the United States and that the United States respond in writing within fifteen days of the date of service. The United States filed a Response on June 9, 2014 [Docket No. 652] and the United States has no objections to the proposed relief. Accordingly, it is

       ORDERED that the defendant be discharged from probation and that the proceedings in the case be terminated.

       DATED June 12, 2014..

       BY THE COURT:

       s/Philip A. Brimmer
       PHILIP A. BRIMMER
       United States District Judge